Mark C. Manning
Mark C. Manning, P.C.
1000 O'Malley Road, Ste 202
Anchorage, Alaska 99515
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

N.C. MACHINERY CO., )
)
                Plaintiff, )
)
v. )
)
SOUTHEAST MARINE TRANSPORTATION, )
INC. and JOHN E. EILERTSEN, )
)
                Defendants. )
)   Case no. 3:12-cv- 00011-SLG

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff N.C. Machinery Co. moves pursuant to Federal Rule of Civil Procedure 55(b)(2) for entry of default judgment, jointly and severally, on its Complaint against Defendants Southeast Marine Transportation, Inc., and John E. Eilertsen. The clerk has entered default against these defendants.

The Complaint filed and served in this action alleged that Southeast Marine owed $21,848.90 as of December 30, 2011, an account. *Complaint ¶ 4.* It also alleged that Eilertsen had executed a personal guaranty of Southeast Marine's payment obligations. *Complaint ¶ 6.* Finally, it alleged that by agreement Southeast was obligated to pay collection costs, inclusive of attorney fees. *Complaint ¶ 5*.

The affidavit of Larry Timmons, filed herewith, substantiates these allegations.

Plaintiff has also moved for an award of attorney's fees of $1,282.50, and applied for taxing of costs of $350.00, this action's filing fee.

This motion is supported by the accompanying affidavit of Larry Timmons and declaration of Mark C. Manning.

DATED this 15th day of March, 2012, at Anchorage, Alaska.

          s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Plaintiff
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

*N.C. Machinery Co. v. Southeast Marine*
Case no. 3:12-cv- 00011-SLG    2