IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

N.C. MACHINERY CO.,

    Plaintiff,

v.

SOUTHEAST MARINE TRANSPORTATION,
INC. and JOHN E. EILERTSEN,

    Defendants.

Case no. 3:12-cv-00011-SLG

## JUDGMENT IN A CIVIL CASE

Upon consideration of Plaintiff's Motion for Default Judgment and supporting papers, and of the court's file in this case,

IT IS ORDERED AND ADJUDGED

THAT judgment is entered in favor of Plaintiff N.C. Machinery Co. and against Defendants Southeast Marine Transportation, Inc., and John E. Eilertsen, jointly and severally, in the amount of $21,848.90 for unpaid charges and late fees, attorney's fees of $1,282.50, and costs of $350.00, for a total judgment amount of $23,481.40. The post-judgment interest rate shall be 18.0 %.

DATED this 21st day of March, 2012, at Anchorage, Alaska.

/S/SHARON L. GLEASON
Sharon L. Gleason
U.S. District Court Judge